# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:16-cr-00003-MR-WCM-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | **O R D E R** |
| ) | |
| CODY WAYNE THOMAS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion for Extension for Motion to Reconsider" [Doc. 38] and the Defendant's "Motion for Reconsideration for Sentence Modification" [Doc. 39].

The Defendant seeks reconsideration of the Order denying his motion for compassionate release. [Doc. 39]. Upon careful review of the Defendant's motion, the Court finds no basis to reconsider its prior Order. Accordingly, the Defendant's motion for reconsideration is denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Motion for Reconsideration for Sentence Modification" [Doc. 39] is **DENIED**.

**IT IS FURTHER ORDERED** that the Defendant's "Motion for Extension for Motion to Reconsider" [Doc. 38] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: October 9, 2020

*/s/ Martin Reidinger*
Martin Reidinger
Chief United States District Judge